In the Matter of ITHACA CITY SCHOOL DISTRICT, Appellant, v NEW YORK STATE DIVISION OF HUMAN RIGHTS et al., Respondents.

Submitted March 19, 2012; decided March 22, 2012

Reported below, 87 AD3d 268.

Motion by New York State School Boards Association, Inc. for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 19 copies filed within seven days.

In the Matter of the Arbitration between JOHNSON CITY PROFESSIONAL FIREFIGHTERS LOCAL 921 et al., Respondents, and VILLAGE OF JOHNSON CITY, Appellant. (Proceeding No. 1.)

In the Matter of the Arbitration between VILLAGE OF JOHNSON CITY, Appellant, and JOHNSON CITY FIREFIGHTERS ASSOCIATION, LOCAL 921 IAFF, Respondent. (Proceeding No. 2.)

Submitted January 3, 2012; decided March 22, 2012

Reported below, 72 AD3d 1235.

Motion for reargument denied with $100 costs and necessary reproduction disbursements [see 18 NY3d 32 (2011)].

WILLIAM I. KOCH, Appellant, v ACKER, MERRALL & CONDIT COMPANY, Respondent.

Submitted February 27, 2012; decided March 22, 2012

Reported below, 73 AD3d 661.

Motion by Pacific Legal Foundation for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.

Judge SMITH taking no part.